UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT EARL WALLACE,<br><br>    Defendant,<br><br>JULIET BRAVO LLC and JEFFREY MARCONET,<br><br>    Petitioners. | CRIMINAL ACTION NO. 5:17-118-KKC<br><br>**OPINION AND ORDER** |

*** *** ***

The Court hereby ORDERS that the petition (DE 674) by third party claimants Juliet Bravo LLC and Jeffrey Marconet asserting an interest in the Hawker Siddeley 700A airplane seized by the U.S. government is DENIED as moot. The claimants and the United States resolved this matter as reflected in the Notice of Settlement Agreement, including the Stipulated Settlement Agreement (*See* DE 760, 760-1, and 762), and a Final Decree and Order of Forfeiture (DE 763) has been entered.

This 6th day of October, 2022.

*/s/ Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY